UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-00065 DMG (PLAx) | Date | April 22, 2014 |
| Title | *Shirley A. Kawaoka v. ReliaStar Life Insurance Co., et al.* | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING ACTION**

On February 1, 2013, the Court granted Defendant's Motion to Dismiss. [Doc. # 10.] In its Order, the Court cautioned Plaintiff that this action would be dismissed if he failed to file an amended complaint by February 18, 2013. Plaintiff has not filed a first amended complaint and the time to do so has now passed. Therefore, this action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**